IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:05-cr-00319-EWN-02

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     ESTHER MAE TRUJILLO, a/k/a Esther Mae Herrera,

        Defendant.

## ORDER DISMISSING THE INDICTMENT AS IT RELATES TO DEFENDANT TRUJILLO ONLY

Upon consideration of the Government's Motion to Dismiss the Indictment as it Relates to Defendant TRUJILLO Only, and for good cause shown, it is hereby

ORDERED that the Indictment is dismissed as it relates to defendant TRUJILLO only.

Dated this 31st day of August, 2006.

        By the COURT:

        s/ Edward W. Nottingham
        The Honorable Edward W. Nottingham
        United States District Judge
        District of Colorado